IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX ABADI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CROWN INDUSTRIALS, LLC, ET AL. | : | NO. 18-3493 |

## ORDER

**AND NOW**, this 10th day of April, 2020, upon consideration of Plaintiff's Request for Default Judgment (Docket No. 27) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and **JUDGMENT** is **ENTERED** in favor of Plaintiff and against Defendant Northern Products Incorporated in the amount of $43,431.79.[1] The Clerk is directed to close this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.

---

[1] Defendant Norther Products Incorporated was served with the Complaint and summons pursuant to Federal Rule of Civil Procedure 4(h)(1) on November 10, 2018. (See Docket No. 8.) Northern has failed to plead or otherwise defend in this proceeding and the time for doing so has expired. The Clerk of Court entered a default against Northern on December 10, 2019. Plaintiff's claims against the other two defendants in this proceeding have been dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), leaving Northern as the sole remaining Defendant in this action. (See Docket Nos. 21, 26.) The Complaint seeks damages from Northern in the amount of $43,431.79. (See Complaint Count V.) Plaintiff seeks the entry of default judgment against Northern pursuant to Federal Rule of Civil Procedure 55. Plaintiff has provided the Declaration of Patrick J. Troy, stating that the amount due is $43,431.79. (See Troy Decl. ¶¶ 4, 11.) Accordingly, we grant the Request for Default Judgment.